FILED
CLERK, U.S. DISTRICT COURT
NOV 30 2015
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH ANTHONY SMITH,<br><br>Petitioner,<br><br>vs.<br><br>M.D. BITER, Warden,<br><br>Respondent. | Case No. CV 15-0633-PA (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition and entire action with prejudice.

DATED: 11/25/15

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1