FILED
CLERK, U.S. DISTRICT COURT
NOV 30 2015
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH ANTHONY SMITH,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>M.D. BITER, Warden,<br><br>　　　　　Respondent. | Case No. CV 15-0633- PA (KES)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: 11/25/15

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE